Annie Lau, Respondent, v. Albert Lau, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

The Long Island Railroad Company, Appellant, v. The Shinnecock Hills and Peconic Bay Realty Company and Others, Respondents.— Judgment affirmed, with costs to each of the defendants, respondents. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Mathilda Luzzatto, Appellant, v. Fanny Boehm and Others, Respondents.—Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Harry Marra, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, Thomas, Carr, Rich and Stapleton, JJ.

The People of the State of New York, Appellant, v. Kings County Iron Foundry, Respondent.— Order of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ., concurred.

The People of the State of New York, Respondent, v. Michael Trupiano, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Mathias Joseph Sebukaty, Respondent, v. Tartar Chemical Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

P. Robert G. Sjostrom, as Administrator, etc., of Emma I. Sjostrom, Deceased, Appellant, v. Westchester Lighting Company, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Harry Vogelfanger, an Infant, by Jacob Vogelfanger, His Guardian ad Litem, Appellant, v. Martin Engel, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Rich and Stapleton, JJ.

Casta Gainsborg, Respondent, v. Charles Deutermann and New York Interurban Water Company, Appellants.— Motion denied, with ten dollars costs to each of the opposing parties. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

In the Matter of Charles J. McCafferty, an Attorney.— Motion granted, and respondent suspended from practice for a period of six months from the date of the entry of the order herein. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Morton-Lange Construction Company, Respondent, v. Julia H. Boisse and William Parker, Appellants.— The motion to include the notice of